**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000015
21-SEP-2020
09:11 AM

NO. CAAP-20-0000015


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


DESTINN W. LA BATTE, Claimant-Appellant/Appellant, v.
MENTAL HEALTH KOKUA, Employer-Appellee/Appellee, and
HAWAII EMPLOYERS' MUTUAL INSURANCE COMPANY,
Insurance Carrier-Appellee/Appellee


APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2017-172; DCD NO. 2-13-04756)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal (**Stipulation**), filed July 17, 2020, by Claimant-Appellant/Appellant Destinn W. La Batte, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; (3) the Stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, September 21, 2020.

/s/ Derrick H.M. Chan
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge